**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Marcus Tyrone Grant v. The State of Texas

Appellate case number:    01-21-00340-CR

Trial court case number:   20-12-17503

Trial court:           506th District Court of Waller County

Appellant's Motion for Rehearing is denied.

All other pending motions, including Appellant's Motion for Leave to File Amended Argument and his Motion for Injunctive Relief, are dismissed for lack of jurisdiction.

It is so ORDERED.

Judge's signature:  Richard Hightower
                      Acting for the Court

Date: November 4, 2021

Panel consists of Justices Kelly, Hightower, and Farris.